**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **ANDOVER WOODSCAPE LLC**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**LOUIS INVESTMENTS, LLC; and MARC KULICK,**<br><br>**Defendants.** | **Case No. 25-CV-00599-SEH-SH** |

**<u>ORDER</u>**

Defendant Louis Investments, LLC filed a suggestion of bankruptcy, [ECF No. 34], notifying the Court that it filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Texas on July 10, 2026, Case No. 26-33110-11. In its filing, Defendant Louis Investments, LLC invoked the automatic stay pursuant to 11 U.S.C. § 362. The Court then entered a minute order requiring the remaining parties, Defendant Marc Kulick and Plaintiff Andover Woodscape LLC to file a response to the suggestion of bankruptcy no later than August 7, 2026, stating whether either party believed that the automatic stay applies.

Only Defendant Marc Kulick responded to the Court's order, and he stated that "all of Plaintiff's claims are against both Louis Investments, LLC and

Marc Kulick," thus meaning "this matter is stayed entirely until the Bankruptcy Court determines otherwise." [ECF No. 36 at 1]. But this argument ignores the general rule in the Tenth Circuit that "the stay provision does not extend to solvent codefendants of the debtor." *Oklahoma Federated Gold and Numismatics, Inc. v. Blodgett*, 24 F.3d 136, 141 (10th Cir. 1994). Because Defendant Marc Kulick is not a party in the bankruptcy proceedings identified in the suggestion of bankruptcy, this action will only be stayed as to Defendant Louis Investments, LLC, and the action will continue as to Defendant Marc Kulick. This also means that Defendant's motion to stay and compel arbitration, [ECF No. 23], remains pending as to Defendant Marc Kulick.

Therefore, pursuant to 11 U.S.C. § 362, this action is STAYED as to Defendant Louis Investments, LLC, but not as to Defendant Marc Kulick. Defendant Louis Investments, LLC, is ORDERED to notify the Court, in writing, as to the completion of the bankruptcy proceedings, no later than 7 days after those proceedings have concluded.

DATED this 8th day of September, 2026.

Sara Hill

Sara E. Hill
UNITED STATES DISTRICT JUDGE